ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 17 2020
at 4 o'clock and 00 min. P M
SUE BEITIA, CLERK
IFP SUBMITTED

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| BRIAN EVANS,<br>MARK ANDREW BILTZ<br>DOES 1-10 | Case No. CV20 00119 LEK RT<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| Kevin Clark<br>Point Motion Control<br>L. David Mounts<br>Golden Wish, LLC, DOES 1-10 | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | BRIAN EVANS (See attached doc for co-plaintiff address) |
   | Street Address | 160 Keonekai Road, Unit 25-104 |
   | City and County | Kihei, Maui |
   | State and Zip Code | Hawaii 96753 |
   | Telephone Number | 808-276-5235 |
   | E-mail Address | belasvegas@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Received By Mail
Date 3/17/20

Mailed On
Date 3/18/20

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | Kevin Clark |
| Job or Title *(if known)* | Individually and as CEO of Point Motion Control |
| Street Address | 500 W. 5th Street, Suite 400 |
| City and County | Winston-Salem |
| State and Zip Code | North Carolina, 27101 |
| Telephone Number | UNKNOWN |
| E-mail Address *(if known)* | kevin@pointmotioncontrol.com |

Defendant No. 2

| | |
|---|---|
| Name | Point Motion Control (Incorporated in North Carolina) |
| Job or Title *(if known)* | |
| Street Address | 500 W. 5th Street, Salen 400 |
| City and County | Winston-Salem, Forsyth County |
| State and Zip Code | North Carolina, 27101 |
| Telephone Number | UNKNOWN |
| E-mail Address *(if known)* | info@pointmotioncontrol.com |

Defendant No. 3

| | |
|---|---|
| Name | L. David Mounts |
| Job or Title *(if known)* | Individually |
| Street Address | 635 Vine Street |
| City and County | Winston-Salem, Forsyth County |
| State and Zip Code | North Carolina, 27101 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Daniel Smith, Individually & in capacity as Attorney |
| Job or Title *(if known)* | |
| Street Address | 1 Salem Green, Suite 405 |
| City and County | Salem, Essex County |
| State and Zip Code | Massachusetts, 01970 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Kevin Clark, is a citizen of the State of *(name)* Winston-Salem, North Carolina.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* Point Motion Control, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Winston-Salem, North Carolina.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* L. David Mounts, is a citizen of the State of *(name)* Winston-Salem, North Carolina. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* Golden Wish, LLC, is incorporated under the laws of the State of *(name)* MASSACHUSETTS, and has its principal place of business in the State of *(name)* Winston-Salem, North Carolina. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Winston-Salem, North Carolina.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Case 1:20-cv-00119-LEK-RT    Document 1    Filed 03/17/20    Page 4 of 6    PageID.4

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant Kevin Clark and Co-Defendants conspired to commit Breach of Fiduciary of Loyalty, Breach of Fiduciary Duty of Care, Embezzlement, Misappropriation of funds by using investment funds for personal use not authorized (including the recording of a song Mr. Clark published entitled "Fuck You"), Conversion, Fraud, and Breach of Contract. Additional co-defendants will be added, including Richard D. Robbins.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Brian Evans/Mark Andrew Biltz, and the defendant, *(name)* Kevin Clark, made an agreement or contract on *(date)* 1/11/14. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)* Defendant Clark entered into a business agreement whereas Plaintiff's would financially aid co-Defendant Kevin Clark, and compile additional investors, to fund and procure a patent later known as "Point Motion Control." In October, 2019, the Plaintiff's, legal residents of Hawaii (where they were also legal residents during the course of the Agreement), learned of the above claims for the very first time. A plethora of documented evidence will be presented through discovery to confirm the allegations in this Complaint. The above allegations were discovered in October, 2019 by Co-Plaintiffs.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Defendant Kevin Clark committed the above offenses, and co-defendants aided in the deception described, and utilized financial investments for personal use, including, for example, the recording of songs using funds meant for the company invested into for a song entitled, for example, named "Fuck You." Funds were also used to pay for rent, drugs, and parties (discovery will show various videos that confirm this, and Mr. Clark's lack of income outside of investments in the company).

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs demand the return of the original ownership in the Original Agreement which was breached in October, 2019. Plaintiffs demand ownership of the original patent awarded, and any subsequent patents from the ownership and credibility established by that original patent award. Financial compensation for any newly entered into agreements without our consent. Plaintiffs seek punitive and/or exemplary damages as the evidence will prove and at the discretion of the jury. The reason being, this was a deliberate attempt by Defendant Kevin Clark to defraud Plaintiffs to start up his company, enter into new agreements with other entities and individuals, all whilst purposes attempting to rid himself of those who made his company possible. The evidence in this case will be overwhelming, especially by emails and other evidence by Co-Defendant Clark himself. Defendants may not breach their own contracts while relying on other portions dictate jurisdiction by fraud.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-16-2020

Signature of Plaintiff: *[signed]*  · Mark A by
Printed Name of Plaintiff: Brian Evans   Mark Andrew Biltz

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

**ADDITIONAL PLAINTIFF:**

**Mark Andrew Biltz**

**100 Koehana Place**

**Maui County**

**Makawao, Hawaii 96768**

**ADDITIONAL DEFENDANT:**

**New England Patent & Trademark**

**1 Salem Green**

**Salem, Essex County**

**Massachusetts 01970**

**Incorporated in Massachusetts**